## No. 7328.

### THE STATE EX REL. CITY OF NEW ORLEANS VS. JUDGE OF SIXTH DISTRICT COURT.

The jurisdiction of this court extends over every case, whatever be the form of proceeding, whether by ordinary civil suit or criminal prosecution, in which the legality or constitutionality of a fine or penalty imposed by a municipal corporation is in contestation.

The constitutional right of appeal cannot be thwarted by the adoption of one rather than another form of proceeding—by suing instead of prosecuting or *vice versa.* Whether the proceeding, in which the fine or penalty is imposed by the corporation, be civil or criminal, the right of appeal equally exists.

FOR *Mandamus* and Prohibtion.

*E. H. Farrar* for Relator.   *A. & W. Voorhies* for Respondent.

DE BLANC, J., delivered the opinion refusing the *mandamus* and granting the prohibition.